| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

CARLOS LUIS VASQUEZ, §
§
    Petitioner, §
§
versus § CIVIL ACTION NO. 1:10-CV-250
§
MARK MARTIN, WARDEN, §
§
    Respondent. §

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Carlos Luis Vasquez, an inmate formerly confined at FCI Beaumont, Texas, proceeding *pro se* and *in forma pauperis*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends this action be dismissed without prejudice as moot.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the report and recommendation have been filed by either party to date.[1]

---

[1] On April 11, 2013, the copy of the Report and Recommendation was returned to the District Clerk's office with the notation "Return to Sender, Unknown." Petitioner has failed to update the Court with his new contact information.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

SIGNED at Sherman, Texas, this 30th day of April, 2013.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE